No. 77–5441.   GOMEZ *v.* UNITED STATES; and
No. 77–5474.   BREZALL *v.* UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 77–5458.   GIBSON *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 77–5467.   TOWNES *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 77–5489.   MOORE *v.* NEW YORK.   Ct. App. N. Y.   Certiorari denied.

No. 77–5497.   KLEIN *v.* SMITH, CORRECTIONAL SUPERINTENDENT.   C. A. 2d Cir.   Certiorari denied.

No. 77–5572.   LITTLEFIELD *v.* KENTUCKY.   Ct. App. Ky. Certiorari denied.

No. 77–5574.   STODDARD *v.* UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN.   C. A. 6th Cir. Certiorari denied.

No. 77–5575.   HEYMAN *v.* TRUST FUND SERVICES, INC. Sup. Ct. Wash.   Certiorari denied.

No. 77–5581.   LEWIS *v.* GOURLEY, CORRECTIONS DIRECTOR, ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 77–5595.   DONNELLY *v.* BOSTON COLLEGE ET AL.   C. A. 1st Cir.   Certiorari denied.

No. 77–5605.   BRAUDRICK *v.* ESTELLE, CORRECTIONS DIRECTOR.   Ct. Crim. App. Tex.   Certiorari denied.

No. 77–5607.   WARD *v.* KENTUCKY STATE UNIVERSITY BOARD OF REGENTS ET AL.   C. A. 6th Cir.   Certiorari denied.